THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorneys for Michael Taylor Sr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RAY TAYLOR, SR.,<br>   Defendant. | Case No.: 2:12-cr-0375-TLN<br><br>STIPULATION AND ORDER FOR CONTIUATION OF THE JUDGMENT AND SENTENCING |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for February 19, 2015, at 9:30 a.m. is continued to June 4, 2015, at 9:30 a.m. in the same courtroom.  The continuance is requested because defense counsel needs additional time to prepare for the Pre-Sentence Report (PSR). Jared Dolan, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: February 17, 2015          By:    /s/ Thomas A. Johnson
                                          THOMAS A. JOHNSON
                                          Attorney for Defendant
                                          MICHAEL RAY TAYLOR, SR.

1

| | |
|---|---|
| DATED:  February 17, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By:   /s/ Thomas A. Johnson for<br>     JARED DOLAN<br>     Assistant United States Attorney |

**IT IS SO ORDERED.**

DATED: February 17, 2015

_____
Troy L. Nunley
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL RAY TAYLOR, SR.,<br><br>　　　　Defendant. | Case No.: 2:12-cr-0375-TLN<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

| | |
|---|---|
| Judgment and Sentencing date: | June 4, 2015 |
| Reply or Statement | May 28, 2015 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | May 21, 2015 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | May 14, 2015 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | April 30, 2015 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | April 16, 2015 |