THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorneys for Michael Taylor Sr.


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-0375-TLN |
| Plaintiff, | STIPULATION AND ORDER FOR CONTIUATION OF THE JUDGMENT AND SENTENCING |
| vs. | |
| MICHAEL RAY TAYLOR, SR., | |
| Defendant. | |


**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the

Judgment and Sentencing scheduled for June 4, 2015, at 9:30 a.m. is continued to August

27, 2015, at 9:30 a.m. in the same courtroom.   The continuance is requested because

defense counsel needs additional time to prepare for the Pre-Sentence Report (PSR).

Jared Dolan, Assistant United States Attorney, and Thomas A. Johnson, Defendant's

attorney, agree to this continuance.


**IT IS SO STIPULATED.**


DATED:  May 29, 2015          By:        /s/ Thomas A. Johnson
                                         THOMAS A. JOHNSON
                                         Attorney for Defendant
                                         MICHAEL RAY TAYLOR, SR.

1

1

2 DATED:  May 29, 2015                              BENJAMIN B. WAGNER
                                                          United States Attorney
3
                                                   By:    /s/ Thomas A. Johnson for
4                                                         JARED DOLAN
                                                          Assistant United States Attorney
5

6          **IT IS SO ORDERED.**

7 DATED: May 29, 2015

8

9

10                                                        Troy L. Nunley
                                                          United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

MICHAEL RAY TAYLOR, SR.,

    Defendant.

Case No.: 2:12-cr-0375-TLN

MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT

| | |
|---|---|
| Judgment and Sentencing date: | August 27, 2015 |
| Reply or Statement | August 20, 2015 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | August 13, 2015 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | July 23, 2015 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | July 16, 2015 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | July 2, 2015 |