THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorneys for Michael Taylor Sr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-0375-TLN |
| Plaintiff, | STIPULATION AND ORDER FOR CONTIUATION OF THE JUDGMENT AND SENTENCING |
| vs. | |
| MICHAEL RAY TAYLOR, SR., Defendant. | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for August 27, 2015, at 9:30 a.m. is continued to November 5, 2015, at 9:30 a.m. in the same courtroom.   The continuance is requested because defense counsel needs additional time to prepare for the Pre-Sentence Report (PSR).  Jared Dolan, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: August 24, 2015          By:   /s/ Thomas A. Johnson
                                      THOMAS A. JOHNSON
                                      Attorney for Defendant
                                      MICHAEL RAY TAYLOR, SR.

1

1  DATED:  August 24, 2015                            BENJAMIN B. WAGNER
                                                      United States Attorney

                                               By:    /s/ Thomas A. Johnson for
                                                      JARED DOLAN
                                                      Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: August 25, 2015

_____
Troy L. Nunley
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>MICHAEL RAY TAYLOR, SR.,<br><br>       Defendant. | Case No.: 2:12-cr-0375-TLN<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

| | |
|---|---|
| Judgment and Sentencing date: | November 5, 2015 |
| Reply or Statement | October 29 2015 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | October 22, 2015 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | October 15, 2015 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | October 1, 2015 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | September 17, 2015 |

3