THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorneys for Michael Taylor Sr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL RAY TAYLOR, SR., ) <br> ) <br> Defendant. ) | Case No.: 2:12-cr-0375-TLN <br><br> AMENDED STIPULATION AND ORDER FOR CONTIUATION OF THE JUDGMENT AND SENTENCING |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for August 27, 2015, at 9:30 a.m. is continued to September 24, 2015, at 9:30 a.m. in the same courtroom for a Status Conference on the Judgment and Sentencing and the draft PSR is to be due by September 17, 2015.   This amends the prior Stipulation and Order filed, ECF Doc. No. 177.  Jared Dolan, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: August 25, 2015          By:    /s/ Thomas A. Johnson
                                       THOMAS A. JOHNSON
                                       Attorney for Defendant
                                       MICHAEL RAY TAYLOR, SR.

1

DATED:  August 25, 2015

BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Thomas A. Johnson for
JARED DOLAN
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: August 26, 2015

Troy L. Nunley
United States District Judge

2