UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Plaintiff,

v.

MICHAEL RAY TAYLOR, SR.,

Defendant.

No.  2:12-cr-00375-TLN

**ORDER RE: DEFENDANT'S**

**REQUEST TO SEAL DOCUMENTS**

The Court is in receipt of Defendant Michael Ray Taylor Sr.'s request to seal documents pursuant to Local Rule 141.  (ECF No. 195.)  Defendant is hereby ordered to refile the request to seal in compliance with Local Rule 141(b).  As such, the request should include the statutory or other authority for sealing; the requested duration; the identity, by name or category, of persons to be permitted access to the documents; and if applicable, the basis for excluding any party from service.  The documents for which sealing is requested should be paginated consecutively so that they may be identified without reference to their content, and the total number of submitted pages should be stated in the request.

Any opposition to the request to seal is due within three days of service of said request. Local Rule 141(c).[1]

---

[1] In light of the judgment and sentencing date set for December 3, 2015, and the fact that notice has already been given to the Government, Defendant need not file a separate notice of request to seal.  For purposes of the time for

1

1    Dated:  November 23, 2015

2

3                                                    Troy L. Nunley
                                                     United States District Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   filing an opposition, the Court will construe service of the refiled request to seal also as notice of said request.  Local
     Rule 141(c).

2