THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorneys for Michael Taylor Sr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:12-cr-0375-TLN |
| ) | |
| Plaintiff, ) | NOTICE AND REQUEST TO SEAL |
| ) | DOCUMENTS AND ORDER |
| vs. ) | |
| ) | |
| MICHAEL RAY TAYLOR, SR., ) | |
| Defendant. ) | |
| ) | |

### REQUEST TO SEAL DOCUMENTS

Defendant, MICHAEL RAY TAYLOR Sr., by and through his attorney makes this request to seal the following generally described documents pursuant to Federal Rules of Criminal Procedure Rule 49.1 and 49 and Local Rule 141(b).  Rule 49.1 provides privacy protections are statutorily implemented to protect information such as social-security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, a financial-account number, or the home address of an individual, a party or nonparty.  The reason for the sealing request is that the documents contain home addresses and social security numbers of individuals who were issued checks involved in this case and there is a need to protect this confidential information. These documents requested to be sealed are requested to be remained sealed unless the

1

1  Court finds that unsealing is appropriate and the Court orders the documents to be

2  unsealed.

3       This Request to Seal documents, the documents to be sealed and the proposed

4  order to seal the documents have been sent to the Court via Court's proposed Orders e-

5  mail address and been sent to all counsel in the case by their respective e-mail addresses.

6  The Court's authority to seal the documents is found in the Court's inherent powers to

7  run the Court's own calendar and docket.  The documents requested to be sealed are the

8  following:

9           1-  Exhibit A, photographs taken of documents seized from Donye Mitchell

10          2-  Exhibit C, table of unemployment checks

11

12  DATED:  December 8, 2015            Respectfully submitted,

13                                      /s/ Thomas A. Johnson
                                        THOMAS A. JOHNSON
14                                      Attorney for Defendant
                                        MICHAEL RAY TAYLOR, SR.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                                        2

1

**ORDER**

2

3          Upon reading and considering the request to seal documents, and good cause being

4     shown, the Court hereby grants the request to seal the documents.

5

6     **IT IS SO ORDERED.**

7     Dated:  December 9, 2015

8                                                                    _____

9                                                                    Troy L. Nunley
                                                                     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28